**Order entered August 30, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01689-CR**
**No. 05-12-01690-CR**
**No. 05-12-01691-CR**
**No. 05-12-01692-CR**

**THOMAS BARRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-48211, F12-48300, F12-48299, F12-48304**

## ORDER

The Court **GRANTS** appellant's August 28, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    LANA MYERS
        JUSTICE